UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ACHF KAPLAN LP, a California Limited Partnership; <br> ACHF KAPLAN LLC, a California Limited Liability Company; <br> EVA GODINEZ RODRIGUEZ; <br> FAIRWAY FINANCIAL MORTGAGE & REAL ESTATE, INC., a California Corporation; and Does 1-10 <br><br> Defendants | Case No.: 2:14-CV-01683-WBS-CKD <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |

### ORDER

Having read the foregoing notice and finding good cause therefore, the Court hereby continues the Scheduling Conference now set for November 24, 2014 to December 22, 2014 at 2:00 p.m., with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

**Dated:  September 24, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Settlement            -1-            2:14-CV-01683-WBS-CKD