UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACHF Kaplan LP, a California Limited Partnership;<br>ACHF Kaplan LLC, a California Limited Liability Company;<br>Eva Godinez Rodriguez;<br>Fairway Financial Mortgage & Real Estate, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-01683-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE